IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JOELLA VERLEE COFFEY and TERRY, MAY, in their individual capacity and on behalf of statutory beneficiaries; and THE, ESTATE of AMBER MAY, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:16-CV-0071 |
| OCHILTREE COUNTY, TEXAS, | § § § | |
| Defendant. | § | |

## ORDER ADOPTING RECOMMENDATION AND APPROVING THE PARTIES' SETTLEMENT AGREEMENT

On March 29, 2017, the United States Magistrate Judge issued a Recommendation finding the settlement agreement in this case to be in the best interests of the minor children plaintiffs and recommending it be approved. As of this date, no objections to the Magistrate Judge's Recommendation have been filed.

Having made an independent examination of the record in this case, the undersigned United States District Judge is of the opinion the Magistrate Judge's Recommendation should be, and hereby is, ADOPTED. Accordingly, the Settlement Agreement and Release of All Claims submitted and filed on March 9, 2017 [Dkt. 83] is approved and the Recommendation of the United States Magistrate Judge is adopted in whole. The specific provisions in the United States Magistrate Judge's Recommendation set out at page 3, subparagraphs 1, 2 and 3 regarding certain provisions to be included in the trusts to be established for the benefit of the minor children, are approved and adopted.

IT IS SO ORDERED.

ENTERED this 20th day of April 2017.

s/ Mary Lou Robinson
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE